UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  3:99CV230 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| vs. | : | |
| 2916 FOREST GLEN COURT BEAVERCREEK, OHIO, et al. | : | |
| Defendants. | : | |

## ORDER DISMISSING COMPLAINT

Upon motion by the Plaintiff United States, the above captioned forfeiture case is hereby
DISMISSED with prejudice. The captioned cause is hereby ordered terminated upon the docket
records of the United States District Court for the Southern District of Ohio, Western Division,
at Dayton.

December 13, 2007                    **s/Thomas M. Rose**

                                                    _____

                                                    THOMAS M. ROSE
                                                    United States District Judge